WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw_@sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JENNIFER CHRISTINE-BYE GARZA, )     CASE NO.: **EDCV 22-02192 MAR**
                              )
            Plaintiff,        )     ORDER AWARDING EAJA FEES
                              )
        v.                    )
                              )
KILOLO KIJAKAZI, Acting       )
Commissioner of Social Security )
Administration,               )
                              )
            Defendant.        )
_____ )

        Based upon the parties' Stipulation for Award and Payment of Equal Access

to Justice Act (EAJA) Fees ("Stipulation"),

        **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND

NINE HUNDRED SIXTY-ONE DOLLARS and 85/cents ($3,961.85), as

authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

Stipulation.

        DATED:  11/28/23        _____
                                HONORABLE MARGO A. ROCCONI
                                UNITED STATES MAGISTRATE JUDGE

1